Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.110.88.216,<br><br>　　　　　　　Defendant. | Civil Action No. _____ |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

1

                    Respectfully submitted,

By:  /s/ *Patrick J. Cerillo*
      Patrick J. Cerillo, Esq.
      Patrick J. Cerillo, LLC
      4 Walter E. Foran Blvd., Suite 402
      Flemington, NJ 08822
      Attorney ID No. 01481-1980
      T: (908) 284-0997
      F: (908) 284-0915
      pjcerillolaw@comcast.net
      *Attorneys for Plaintiff*